# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:14-cr-489-K |
| ) | |
| JAMES MAINES, JR. ) | |

## NOTICE OF WITHDRAWAL OF MOTION

The Office of General Counsel for the United States House of Representatives ("Office of General Counsel") respectfully withdraws its pending Motion . . . for Order Establishing Deadline for the Filing of an Amicus Curiae Memorandum . . . (Nov. 9, 2015) (ECF No. 33) ("Amicus Motion").

The Office of General Counsel filed the Amicus Motion in response to the prosecution's Motion in Limine to Preclude Research Defense (Oct. 29, 2015) (ECF No. 29) ("Research Motion"), which motion made certain assertions about the powers of the Legislative Branch, and about the Speech or Debate Clause, U.S. Const. art. I, § 6, cl. 1, in particular. Earlier today, however, the prosecution withdrew its Research Motion, in full. *See* Notice of Withdrawal of [Research Motion] (Nov. 10, 2015) (ECF No. 37).

The Office of General Counsel reserves the right to seek relief at a later date should either party raise issues that call into question the authority of the Legislative Branch, including the protections of the Speech or Debate Clause.

Respectfully submitted,

KERRY W. KIRCHER, General Counsel
DC Bar # 386816
*/s/ William Pittard*
WILLIAM PITTARD, Deputy General Counsel
DC Bar # 482949
TODD B. TATELMAN, Senior Assistant Counsel
VA Bar # 66008
ELENI M. ROUMEL, Assistant Counsel
SC Bar # 75763
ISAAC B. ROSENBERG, Assistant Counsel
DC Bar # 998900
KIMBERLY HAMM, Assistant Counsel
NY Bar # 4269254

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, DC  20515
(202) 225-9700

November 10, 2015

## CERTIFICATE OF SERVICE

I certify that on November 10, 2015, I served one copy of the foregoing Notice of Withdrawal of Motion, using the appellate CM/ECF system, which I understand will cause electronic service on all parties to this action, and by electronic mail on:

Mi Yung Claire Park
U.S. Department of Justice
Criminal Division - Child Exploitation & Obscenity
1400 New York Avenue, N.W.
Suite 600
Washington, DC 20005
miyung.park@usdoj.gov

Camille Elizabeth Sparks, AUSU
Office of the U.S. Attorney for the Northern District of Texas
1100 Commerce Street
Third Floor
Dallas, TX 75242
camille.sparks@usdoj.gov

J. Warren St. John, Esq.
Law Office of J. Warren St. John
2020 Burnett Plaza
801 Cherry Street
Unit No. 5
Fort Worth, TX 76102
jwlawyer@aol.com
*Counsel for Defendant James Maines, Jr.*

                                              */s/ William Pittard*
                                              William Pittard